IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 00-cv-02359-WDM-OES (and related Civil Action Nos. 00-cv-02355-WDM-OES through 00-cv-02357-WDM-OES, 00-cv-02376-WDM-OES through 00-cv-02379-WDM-OES, 00-cv-02381-WDM-OES, 00-cv-02382-WDM-OES, 00-cv-02387-WDM-OES through 00-cv-02390-WDM-OES, 00-cv-02392-WDM-OES, 00-cv-02393-WDM-OES, 00-cv-02395-WDM-OES through 00-cv-02403-WDM-OES, and 00-cv-02405-WDM-OES)

COLIN CHAPMAN, et al.,

　　Plaintiffs,

v.

JOHN M. WELCH, et al.,

　　Defendants.

## ORDER EXTENDING ADMINISTRATIVE CLOSURE

Miller, J.

　　These matters are before me on the Joint Motion to Continue Certain Administrative Closures, filed December 19, 2005. These cases were administratively closed in 2002 pending resolution of related cases that are currently on appeal before the Tenth Circuit. The parties represent that decisions in the cases on appeal are not expected before late 2006 and ask that the administrative closures be extended to December 29, 2006, to allow for the resolution of the appeals. I concur with the parties' request.

　　Accordingly, it is ordered:

1.　The joint motion to continue the administrative closures, filed December 19, 2005, is granted.

2. The administrative closures of these related cases are extended to December 29, 2006.

3. If no action is taken to reopen the cases on or before December 29, 2006, these cases will be dismissed without prejudice without further notice to any party.

DATED at Denver, Colorado, on April 7, 2006.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge