**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 00-cv-02359-WDM-OES (and related case nos. 00-cv-2355, 00-cv-02356, 00-cv-02357, 00-cv-02376, 00-cv-02377, 00-cv-02378, 00-cv-02379, 00-cv-02381, 00-cv-02382, 00-cv-02387, 00-cv-02388, 00-cv-02389, 00-cv-02390, 00-cv-02392, 00-cv-02393, 00-cv-02395, 00-cv-02396, 00-cv-02397, 00-cv-02398, 00-cv-02399, 00-cv-02400, 00-cv-02401, 00-cv-02402, 00-cv-02403, and 00-cv-02405)

COLIN CHAPMAN, *et al*.

Plaintiffs,

v.

ASHEL A. DENMAN, *et al.*,

Defendants.

## ORDER

The Court, having reviewed the Joint Motion to Dismiss the following eighteen (18) cases with prejudice,

- a. 00-cv-02356-WDM-OES ; Archuletta - Colorado Central Lode, USMS # 1817.
- b. 00-cv-02357-WDM-OES; Ashe - Grey Eagle Lode, USMS #12910
- c. 00-cv-02379-WDM-OES; Hansen - Black Bess Lode, USMS # 6294
- d. 00-cv-02381-WDM-OES; Hewey - My Queen Lode, USMS # 7438
- e. 00-cv-02382-WDM-OES; Hewey, - A Princess Lode, USMS # 7438
- f. 00-cv-02388-WDM-OES; McGrath - Flora Lode, USMS # 4157
- g. 00-cv-02390-WDM-OES; Morrow - Storm King Lode, USMS #9232

      h.      00-cv-02393-WDM-OES; Oldfield Oakland #2 Lode, USMS #1818

      i.      00-cv-02397-WDM-OES; Seid JP Lesher Lode, USMS #3090

      j.      00-cv-02398-WDM-OES; Silverman Morning Star Lode, USMS #3011

      k.      00-cv-02401-WDM-OES Ulrych Ella Lode, USMS # 5809

      l.      00-cv-02405-WDM-OES; Wrigley BJ Lode, USMS #5429

      m.      00-cv-02355-WDM-OES; Anderson & Moses, Germania Lode, USMS 3814

      n.      00-cv-02359-WDM-OES; Chapman, Broker Lode, USMS 7691

      o.      00-cv-02376-WDM-OES; Dolan, Greyhound Lode, USMS 9757

      p.      00-cv-02377-WDM-OES; Dolan, Hillside Lode, USMS 9757

      q.      00-cv-02378-WDM-OES; Dolan, Magic & Tiptop Lodes, USMS 7720

      r.      00-cv-02392-WDM-OES; Moses, Louise Lode, USMS 2339

and being fully advised of its premises, hereby GRANTS the Joint Motion to Dismiss and dismisses these eighteen (18) cases with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), each party to pay their own costs and attorneys' fees.

    SO ORDERED this 9th day of April, 2007.

                BY THE COURT

                s/ Walker D. Miller

                United States District Judge